**02-22646**

A COMPLAINT UNDER THE CIVIL RIGHTS ACT **CIV-GOLD**
42 U.S.C. §1983

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA    SORRENTINO

Eloy Fernandez )
_____ )
_____ )
_____ )
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

v.

Miami City Police. )
Eladio Paez )
_____ )
_____ )
(Enter above the full name of the
defendant or defendants in this
action.)

cat / div: Dade (1983)
Case #: 02CV22646
Judge: ___ Mag: ___
Memo lfp: ___ Fee pd $ ___
Receipt #: ___

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983

   This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

   <u>The clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.  Previous Lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No ( )

  B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit
          Plaintiffs: _Eloy Fernandez_

Defendants: <u>Metro Dade and City Miami Police</u> <u>Dept of Corr, 11th Judicial, State Attorney, Public Defender</u>

2. Court (if federal court, name the district; if state court, name the county): <u>Southern District</u>

3. Docket number: <u>02-22036 Civ-Lenard</u>

4. Name of judge to whom case was assigned: <u>Sorrentino</u>

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): <u>Still pending</u>

6. Approximate date of filing lawsuit: <u>July 02</u>

7. Approximate date of disposition: <u>Unknown</u>

II. Place of present confinement: <u>Metro West Detention Center 13850 N.W. 41st Street Miami, Florida 33178-3004</u>

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is YES:
   1. What steps did you take? <u>N/A</u>
   2. What was the result? <u>N/A</u>

D. If your answer is NO, explain why not: _____
_____ Filed motion to Suppress _____
_____

III. Parties

   (In Item A below, place your name in the first blank and
   place your present address in the second blank. Do the same
   additional plaintiffs, if any.)

   A. Name of plaintiff Eloy Fernandez
      Address 13850 N.W. 41st Street Miami Fl 33178-3004

   In Item B below, place the full name of the defendant in the
   first blank, his official position in the second blank, and
   his place of employment in the third blank. Use Item C
   for the names, positions, and places of employment of any
   additional defendants.

   B. Defendant Eladio Paez
      is employed as Police Officer
      at _____

   C. Additional Defendants: _____
   _____
   _____
   _____
   _____
   _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case.
   Describe how each defendant is involved. Include also the
   names of other persons involved, dates, and places. Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

Police entered my house without consent and fabricated documents to further establish a case against me

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the evidence against me excluded as being illegally obtained

suffering, past, present and future due to being labeled repeat offender. Petitioner also request the appointment of a special task force to review the entire judicial and law enforcement process of this case.

Signed this 15th day of August, 2002

X _____
(Signature of plaintiff
of plaintiffs)

VERIFICATION

State of FLORIDA )
County of Miami-Dade )

X _____, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

X _____
(Signature of affiant-plaintiff)

Subscribed and sworn to before me this 15th day of August, 2002

James Garcia
NOTARY PUBLIC 8/15/02

Sworn before me this date 8/15/02

JAMES GARCIA
MY COMMISSION # CC 847316
EXPIRES: Jun 17, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.